

# Fourth Court of Appeals
## San Antonio, Texas

November 01, 2013

No. 04-13-00586-CV

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**,
Appellant

v.

**LEXINGTON INSURANCE COMPANY** as Subrogee of DCT Rittiman, LLC,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13972
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Take Judicial Notice of Nonsuit is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2013.

_____
Keith E. Hottle
Clerk of Court